# DAHIYA LAW OFFICES LLC
*Attorneys*

```
75 Maiden Lane Suite 506
  New York, New York 10013
Tel: 212-766 8000   Fax: 212 766 8001
       karam@legalpundit.com
```

July 10, 2020

The Courtroom Deputy to
Judge James L. Garrity Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom: 601
New York, NY 10004-1408

**Case Name:** Poonam Keswani Treasures London Limited etc.
**Case Number:** 20-10315-jlg & 20-01084

Dear Sir/Madam:

      I am writing to the inform the Court and the related parties that the undersigned's motion to withdraw as counsel to the debtor and defendant, Ms. Poonam Keswani has been adjourned to July 21, 2020 at 10:00 am. Thank you for your consideration.

Yours sincerely,

/s/_____

Karamvir Dahiya

Copy to: poonamkeswani@gmail.com pariskeswani@gmail.com

Jill Makower jmakower@tarterkrinsky.com

Lorna LaMotte, Esq. lorna.lamotte@yahoo.com

Matthew Wurgaft mwurgaft@kraviswurgaft.com