# DAHIYA LAW OFFICES LLC
*Attorneys*

```
75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
      karam@legalpundit.com
```

October 13, 2020

The Courtroom Deputy to
Judge James L. Garrity Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom: 601
New York, NY 10004-1408

**Case Name:** Treasures London et al v. Keswani
**Case Number:** 20-01084

Dear Ms. Rodriguez

      I am writing to request withdrawal of the motion for extension of time filed with the Court, docket # 3 without prejudice to any rights of the debtor, defendant Ms. Poonam Keswani. Thank you for your consideration.

Yours sincerely,

/*s/karamvirdahiya*

Karamvir Dahiya